## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

INRE:  Serna, Roy Dennis

*Debtor*

SOCIAL SECURITY NO. xxx-xx-8158

CASE NO. 23-51733

CHAPTER 13

### ORDER TO EMPLOYER TO PAY THE TRUSTEE

UPON REPRESENTATIONS OF THE TRUSTEE, OR OTHER INTERESTED PARTIES, THE COURT FINDS THAT:

The above named debtor has pending in this Court a case for adjustment of debts by an individual with regular income under the provisions of Chapter 13 of Title 11 U.S.C. and pursuant to the provisions of said statute and of the debtors plan, the debtor has submitted all of such portion of the debtors future earnings or other future income to the supervision and control of the trustee of this Court as may be necessary for the execution of the debtors plan; and

That under the provisions of Title 11 U.S.C., this Court has exclusive jurisdiction of all property including the earnings from such services performed by the debtor during the pendency of this case pursuant to 11 U.S.C. § 1325(b) any entity from whom the debtor receives income shall pay all or any part of such income to the trustee as may be ordered by this Court. A portion of the debtors earnings are necessary for the execution of the debtors plan.

NOW, THEREFORE, IT IS ORDERED that until further order of this Court or until notice that this case has been dismissed or converted to Chapter 7 of the Bankruptcy Code is received, the employer of said debtor

| | |
|---|---|
| Employer Name: | Robert Half International Inc. |
| Mailing Address: | 2884 Sand Hill Rd |
| City: Menlo Park | State: CA    ZIP: 94025-7072 |

shall deduct from the earnings of the debtor the sum of __$1,938.46 weekly__ beginning on the next payday following the receipt of this order and deduct a similar amount for each pay period thereafter, including any period for which the debtor receives periodic or lump sum payment for or on account of vacation, termination or other benefits arising out of present or past employment of the debtor. Employer shall remit forthwith the sums so deducted to the trustee appointed here or her successor in interest as follows:

**Mary K. Viegelahn, Chapter 13 Trustee, P.O. Box 1231 San Antonio, TX 78294-1231**

IT IS FURTHER ORDERED, that said employer notify said trustee if the employment of said debtor is terminated and the reason for such termination.

IT IS FURTHER ORDERED, that all earnings and wages of the debtor, except the amounts required to be withheld by the provisions of any laws of the United States, the laws of any state or political subdivision, or by an insurance pension or union dues agreement between employer and the debtor, or by the order of this Court be paid to the aforesaid debtor in accordance with employers usual payroll procedure.

IT IS FURTHER ORDERED, that no deductions for account of any garnishment, wage assignment, credit union or other purpose not specifically authorized by this Court be made from the earnings of the debtor.

IT IS FURTHER ORDERED, that this order supersedes any and all previous orders, if any, made to the subject employer in this cause.

**SO ORDERED.**

**SIGNED this 21st day of December, 2023.**

**Barry D. Knight**
**Clerk, U.S. Bankruptcy Court**
**BY: Boyd, Laurie**

United States Bankruptcy Court

Western District of Texas

In re:                                                                              Case No. 23-51733-cag

Roy Dennis Serna                                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-5                          User: admin                          Page 1 of 1

Date Rcvd: Dec 21, 2023              Form ID: pdfintp                 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2023:**

**Recip ID**             **Recipient Name and Address**
db                  Roy Dennis Serna, 5646 Holly Holw, San Antonio, TX 78266-4426

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2023                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2023 at the address(es) listed below:**

**Name**                  **Email Address**

David C Werner
                 on behalf of Debtor Roy Dennis Serna dwerner@cennamowernerlaw.com
                 scennamo@cennamowernerlaw.com;LawOfficeofCennamoWerner@jubileebk.net

Karalyssa C Casillas
                 on behalf of Creditor Bexar County karalyssa.casillas@lgbs.com

Mary K Viegelahn, Chapter 13 Trustee
                 documents@sach13.com

United States Trustee - SA12
                 USTPRegion07.SN.ECF@usdoj.gov

TOTAL: 4