UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE:                                                     CASE NO.: 23-51733-cag
                                                                                      CHAPTER 13

**Roy Dennis Serna,**
    **Debtor.**

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of LAKEVIEW LOAN SERVICING, LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

        **ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
                        **13010 MORRIS ROAD, SUITE 450**
                              **ALPHARETTA, GA 30004**

                                                   Robertson, Anschutz, Schneid, Crane &
                                                   Partners, PLLC
                                                   Authorized Agent for Secured Creditor
                                                   13010 Morris Road, Suite 450
                                                   Alpharetta, GA 30004
                                                   Telephone: 470-321-7112

                                                   By: /s/George Dunn
                                                         George Dunn
                                                         Email: gdunn@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 27, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ROY DENNIS SERNA
5646 HOLLY HOLW
SAN ANTONIO, TX 78266-4426

And via electronic mail to:

LAW OFFICE OF CENNAMO & WERNER
8546 BROADWAY, STE 100
SAN ANTONIO, TX 78217

MARY K VIEGELAHN, CHAPTER 13 TRUSTEE
10500 HERITAGE BLVD, SUITE 201
SAN ANTONIO, TX 78216

By: /s/ Amanda Nelson